**Thomas DIXON, III, Appellant,**

v.

**COMMISSION FOR LAWYER DISCIPLINE, Appellee.**

No. 14–00–00088–CV.

Court of Appeals of Texas, Houston (14th Dist.).

Oct. 12, 2000.

John L. Green, Houston, for appellants.

Kimberly Maura Gamble, Houston, Linda Acevedo, Austin, for appellees.

Panel consists of Chief Justice MURPHY, Justices MAURICE E. AMIDEI and HUDSON.

**OPINION**

PER CURIAM.

This is an appeal from a final judgment signed December 3, 1999. On October 4, 2000, the parties filed a joint motion to reverse the judgment and remand the cause to the trial court for a new trial.

*See* Tex.R.App.P. 42.1. The motion is granted.

Accordingly, the judgment is reversed and the cause remanded to the trial court.